## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE MATTER OF RHYS S. HODGE   :   No. 52 EM 2016

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of July, 2016, the Application for Relief Pursuant to Pa.R.A.P. 123 and for a Judicial Exemption Pursuant to Pa.R.D.E. 219 is **GRANTED**. Petitioner is immediately reinstated to active status per Rule 219, as is similarly provided for judges who sit within the Commonwealth. Any and all other reinstatement requirements are waived.

To the extent Petitioner remains an active or senior member of the judiciary, *see* Pa.R.C.L.E. 102; Pa.C.L.E. Bd. Reg. §1, he shall not be subject to annual CLE requirements. If Petitioner returns to active lawyer status, such requirements shall resume, in accordance with Section 6(c) of the Continuing Legal Education Board Regulations. *See* Pa.C.L.E. Bd. Reg. §6(c).